# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SKY ENTERPRISES, LLC, a foreign corporation,

    Plaintiff,

v.                          Case No. 3:16-cv-916-J-32PDB

OFFSHORE DESIGN & DRILLING SERVICES, LLC, a foreign corporation, OFFSHORE BROKERAGE INTERNATIONAL, LLC, a foreign corporation, GEORGE CAMMACK, and PHILIP ALDRIDGE,

    Defendants.

---

## **O R D E R**

This case is before the Court on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or Improper Venue, or Alternatively, Motion to Transfer Venue (Doc. 23) and Defendants' Opposed Motion to Strike Affidavits (Doc. 28). On December 21, 2017, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 33) recommending that the Court deny the motion to dismiss; deny the motion to strike; lift the stay of merits discovery; direct the parties to file an amended case management report; and enter a case management and scheduling order after considering the case management report. On January 16, 2018, Defendants filed Defendants' Objections to Report and Recommendation (Doc. 36). Plaintiff did not file a response to the Objections.

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 33), it is hereby

**ORDERED:**

1. Defendants' Objections to Report and Recommendation (Doc. 36) are **OVERRULED**.

2. The Report and Recommendation of the Magistrate Judge (Doc. 33) is **ADOPTED** as the opinion of the Court.

3. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or Improper Venue, or Alternatively, Motion to Transfer Venue (Doc. 23) is **DENIED**.

4. Defendants' Opposed Motion to Strike Affidavits (Doc. 28) is **DENIED**.

5. The stay of merits discovery (Doc. 21) is lifted.

6. By **February 23, 2018**, the parties shall jointly file a case management report.

**DONE AND ORDERED** in Jacksonville, Florida the 31st day of January, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record